UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **CRIMINAL NO: 7:23-CR-1373** |
| § | |
| **SERVANDO DIAZ** § | |

## FINAL ORDER OF FORFEITURE

The Court has considered the United States' Motion for Final Order of Forfeiture and GRANTS the motion.

The Court signed a Preliminary Order of Forfeiture on April 4, 2024. The Order is now final as to the Defendant, SERVANDO DIAZ.

Notice of forfeiture was published for at least 30 consecutive days on an official government internet site, and more than 60 days have passed since the first date of publication of the order.

The Court takes notice that no party has filed a timely third-party petition asserting a claim to any of the property listed below, and any third parties are barred from making a claim and are in default pursuant to Title 21 U.S.C. §853(n)(7).

Upon consideration of the law and record in this case, the Court now ORDERS the forfeiture of the following to the United States:

- iPhone 13, IMEI: 358265589355475;
- iPhone X, IMEI: 356720081541685;
- Seagate external hard-drive;
- USB HD enclosure; and
- One Macbook Pro.
  (Hereinafter referred to as "Subject Property").

Defendant's right, title, or interest in the Subject Property has been forfeited. All persons who could claim any right, title, or interest in or to the Subject Property being forfeited in this Order are held in default.

It is ORDERED that the United States dispose of the forfeited Subject Property according to law.

**THIS IS A FINAL ORDER OF FORFEITURE**.

DONE this  28th  day of    June    , 2024.

*Drew B. Tipton*
DREW B. TIPTON
UNITED STATES DISTRICT COURT JUDGE